THERESA L. VAUGHAN, Appellant, *v.* THE CITY OF TROY, Respondent.

*Vaughan* v. *City of Troy*, 139 App. Div. 924, affirmed.
(Argued January 25, 1912; decided February 13, 1912.)

APPEAL from a final judgment, entered October 14, 1910, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which affirmed an interlocutory judgment of the Special Term sustaining a demurrer to the complaint in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant in allowing ice to accumulate on the sidewalk of one of its streets. The demurrer was sustained on the ground that no written notice of the presence of the ice had been given to the proper officer as required by section 224 of chapter 473 of the Laws of 1906.

*Ransom H. Gillet* for appellant.

*G. B. Wellington* and *C. I. Webster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.